UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  15-21906-Civ-COOKE/WHITE
(13-20519-Cr-COOKE)

WOOLLEY FREMONT,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DENYING CERTIFICATE OF APPEALABILITY**

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters (ECF No. 3).  On January 26, 2016, Judge White issued a Report of Magistrate Judge ("Report") (ECF No. 19) recommending that (i) the Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 1) be denied, (ii) a certificate of appealability not be issued, and (iii) this case be closed. Movant filed objections to the Report on February 17, 2016 (ECF No. 20). I have considered Judge White's Report and the objections thereto, and have made a *de novo* review of the record. I find Judge White's Report and Recommendation clear, cogent, and compelling.

Accordingly, it is **ORDERED and ADJUDGED** that Judge White's Report (ECF No. 19) with respect to the merits of the case is **AFFIRMED and ADOPTED**. Accordingly, the Motion to Vacate Sentence (ECF No. 1) is **DENIED**. The Clerk is directed to **CLOSE** this case. It is **FURTHER ORDERED and ADJUDGED** that Petitioner has not demonstrated that "jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 326 (2003); *accord Lott v. Attorney Gen., Fla.*, 594 F.3d 1296, 1301 (11th Cir. 2010) (explaining that a "petitioner need not show he will ultimately succeed on appeal" in order to warrant a certificate of appealability). Accordingly, this Court **DENIES** a Certificate of Appealability in this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 19th day of April 2016.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*

*Counsel of record*

Woolley Fremont, *pro se*
20787-052
USP - Lewisburg
United States Penitentiary
Prisoner Mail/Parcels
P. O. Box 1000
Lewisburg, PA 17837